PANTILIMON KATRUCK v. CIRCLE CLEANERS & DYERS, INC., et al.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking prescribed by section 593 of the Civil Practice Act. [See ante, p. 757.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CLEMENT M. OGDEN et al. v. HENDRIKA HAMER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See ante, p. 751.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of LAWYERS TITLE AND GUARANTY COMPANY (20–24 Van Dam St. and 233–245 Spring St., New York City — Mortgage No. 408,119, Certificate No. 447). ALFRED J. CALLAHAN, as Trustee, et al.; ANTON GRONICH, as Trustee under the Will of BENJAMIN HIRSCH, Deceased.—Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 266 App. Div. 830.] Present — Martin, P. J., Townley, Untermyer and Cohn, JJ.

ROYAL MANUFACTURING CO., INC., v. CLYDE A. WILLIAMS, Doing Business under the Name of RAHWAY MOTOR FREIGHT LINES. SUN INSURANCE OFFICE, LTD.— Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 753.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CHARLES C. REUBEL et al. v. THOMAS LEWIS, Individually and as President of Local No. 32-E of the Building Service Employees International Union, A. F. of L., et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See ante, p. 764.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Liquidation of LAWYERS TITLE AND GUARANTY COMPANY (160 East 48th St., New York City). SIDNEY S. PRINCE FOUNDATION, INC., On Behalf of Itself and Other Certificate Holders Similarly Situated; CHASE NATIONAL BANK OF THE CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 266 App. Div. 322.] Present — Martin, P. J., Townley, Untermyer and Cohn, JJ.

HARVEY J. SCRIBNER v. MELVIN STONE, Individually and Doing Business under the Names of MACHINE GROUP and MACHINE AFFILIATES, et al.— Motion for reargument denied, with ten dollars costs. [See ante, p. 767.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

ALBERT B. COLBY v. GEORGE MACDONALD et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See ante, p. 759.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THOMAS W. LAMONT et al., Individually and as the International Committee of Bankers on Mexico v. TRAVELERS INSURANCE COMPANY et al.; LOUIS S. OTTENHEIMER et al. THE GOVERNMENT OF THE UNITED STATES OF MEXICO, Appearing Specially.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See 267 App. Div. 984.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.